# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOY ALEXANDRIA MARSHALL,<br><br>Defendant | Case No.: 14CR3034-WQH<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |

### ORDER

Pursuant to the Government's motion to dismiss the indictment with prejudice pursuant to the plea agreement entered on September 26, 2015, IT IS HEREBY ORDERED that the indictment against Joy Alexandria Marshall in 14CR3034-WQH be dismissed with prejudice. The Court further vacates all future dates in this case, specifically the status hearing currently set for Sep. 29, 2016.

SO ORDERED.

Dated: September 9, 2016

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

1